# Self Employment Business Ledger

Prepared for MINER, PATRICK

Contracting Company: Xpedited Delivers, LLC, Location: KAYLA

| Item Amount | | Settlement Date | Check Number | |
| --- | --- | --- | --- | --- |
| | | 1/3/2025 | 1/10/2025 | 1/17/2025 |
| Item Type | Item Description | Direct Deposit | Direct Deposit | Direct Deposit |
| Incomes | Settlement | $159.13 | $213.44 | $465.67 |
| Incomes Total | | $159.13 | $213.44 | $465.67 |
| Expenses | Insurance Processing Fee | ($2.00) | ($2.00) | ($2.00) |
| | NIN Xpedited Delivers LLC Admin Fee | ($9.55) | ($12.81) | ($27.94) |
| | Openforce Program Fee | ($6.50) | ($6.50) | ($6.50) |
| | Zurich OccAcc Insurance | ($9.97) | ($9.97) | ($13.38) |
| Expenses Total | | ($28.02) | ($31.28) | ($49.82) |
| Grand Total | | $131.11 | $182.16 | $415.85 |

*\* Includes Openforce formerly known as CMS Technology and Administrative Services fee, and insurance p*

| 1/24/2025 | 1/31/2025 | 2/7/2025 | 2/14/2025 | 2/21/2025 | 2/28/2025 |
|---|---|---|---|---|---|
| Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit |
| $687.18 | $658.24 | $564.21 | $687.18 | $687.18 | $556.98 |
| $687.18 | $658.24 | $564.21 | $687.18 | $687.18 | $556.98 |
| ($2.00) | ($2.00) | ($2.00) | ($2.00) | ($2.00) | ($2.00) |
| ($30.00) | ($30.00) | ($30.00) | ($30.00) | ($30.00) | ($30.00) |
| ($6.50) | ($6.50) | ($6.50) | ($6.50) | ($6.50) | ($6.50) |
| ($13.38) | ($13.38) | ($13.38) | ($13.38) | ($13.38) | ($13.38) |
| ($51.88) | ($51.88) | ($51.88) | ($51.88) | ($51.88) | ($51.88) |
| $635.30 | $606.36 | $512.33 | $635.30 | $635.30 | $505.10 |

*remium if applicable.*

| 3/7/2025 | 3/14/2025 | 3/21/2025 | 3/28/2025 | 4/4/2025 | 4/11/2025 |
|---|---|---|---|---|---|
| Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit |
| $441.24 | $687.18 | $629.31 | $593.14 | $665.47 | $593.14 |
| $441.24 | $687.18 | $629.31 | $593.14 | $665.47 | $593.14 |
| ($2.00) | ($2.00) | ($2.00) | ($2.00) | ($2.00) | ($2.00) |
| ($26.47) | ($30.00) | ($30.00) | ($30.00) | ($30.00) | ($30.00) |
| ($6.50) | ($6.50) | ($6.50) | ($6.50) | ($6.50) | ($6.50) |
| ($13.38) | ($13.38) | ($13.38) | ($13.38) | ($13.38) | ($13.38) |
| ($48.35) | ($51.88) | ($51.88) | ($51.88) | ($51.88) | ($51.88) |
| $392.89 | $635.30 | $577.43 | $541.26 | $613.59 | $541.26 |

| 4/18/2025 | Grand Total |
| --- | --- |
| Direct Deposit | |
| $693.72 | $8,982.41 |
| $693.72 | $8,982.41 |
| ($2.00) | ($32.00) |
| ($30.00) | ($436.77) |
| ($6.50) | ($104.00) |
| ($13.38) | ($207.26) |
| ($51.88) | ($780.03) |
| $641.84 | $8,202.38 |

## Self Employment Business Ledger

Prepared for MINER, PATRICK
Contracting Company: Xpedited Delivers, LLC, Location: KAYLA

| Item Amount | | Settlement Date | Check Number | |
|---|---|---|---|---|
| | | 1/3/2025 | 1/10/2025 | 1/17/2025 |
| Item Type | Item Description | Direct Deposit | Direct Deposit | Direct Deposit |
| Incomes | Settlement | $159.13 | $213.44 | $465.67 |
| Incomes Total | | $159.13 | $213.44 | $465.67 |
| Expenses | Insurance Processing Fee | ($2.00) | ($2.00) | ($2.00) |
| | NIN Xpedited Delivers LLC Admin Fee | ($9.55) | ($12.81) | ($27.94) |
| | Openforce Program Fee | ($6.50) | ($6.50) | ($6.50) |
| | Zurich OccAcc Insurance | ($9.97) | ($9.97) | ($13.38) |
| Expenses Total | | ($28.02) | ($31.28) | ($49.82) |
| Grand Total | | $131.11 | $182.16 | $415.85 |

\* Includes Openforce formerly known as CMS Technology and Administrative Services fee, and insurance p

| 1/24/2025 | 1/31/2025 | 2/7/2025 | 2/14/2025 | 2/21/2025 | 2/28/2025 |
|---|---|---|---|---|---|
| Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit |
| $687.18 | $658.24 | $564.21 | $687.18 | $687.18 | $556.98 |
| $687.18 | $658.24 | $564.21 | $687.18 | $687.18 | $556.98 |
| ($2.00) | ($2.00) | ($2.00) | ($2.00) | ($2.00) | ($2.00) |
| ($30.00) | ($30.00) | ($30.00) | ($30.00) | ($30.00) | ($30.00) |
| ($6.50) | ($6.50) | ($6.50) | ($6.50) | ($6.50) | ($6.50) |
| ($13.38) | ($13.38) | ($13.38) | ($13.38) | ($13.38) | ($13.38) |
| ($51.88) | ($51.88) | ($51.88) | ($51.88) | ($51.88) | ($51.88) |
| $635.30 | $606.36 | $512.33 | $635.30 | $635.30 | $505.10 |

*remium if applicable.*

| 3/7/2025 | 3/14/2025 | 3/21/2025 | 3/28/2025 | 4/4/2025 | 4/11/2025 |
|---|---|---|---|---|---|
| Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit | Direct Deposit |
| $441.24 | $687.18 | $629.31 | $593.14 | $665.47 | $593.14 |
| $441.24 | $687.18 | $629.31 | $593.14 | $665.47 | $593.14 |
| ($2.00) | ($2.00) | ($2.00) | ($2.00) | ($2.00) | ($2.00) |
| ($26.47) | ($30.00) | ($30.00) | ($30.00) | ($30.00) | ($30.00) |
| ($6.50) | ($6.50) | ($6.50) | ($6.50) | ($6.50) | ($6.50) |
| ($13.38) | ($13.38) | ($13.38) | ($13.38) | ($13.38) | ($13.38) |
| ($48.35) | ($51.88) | ($51.88) | ($51.88) | ($51.88) | ($51.88) |
| $392.89 | $635.30 | $577.43 | $541.26 | $613.59 | $541.26 |

| 4/18/2025 Direct Deposit | Grand Total |
|---|---|
| $693.72 | $8,982.41 |
| $693.72 | $8,982.41 |
| ($2.00) | ($32.00) |
| ($30.00) | ($436.77) |
| ($6.50) | ($104.00) |
| ($13.38) | ($207.26) |
| ($51.88) | ($780.03) |
| $641.84 | $8,202.38 |